UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 04 2003

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| DIRECTV, Inc., | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-03-052 |
| | § | B-03-202 |
| TONY ADAMS, CESAR ARCOS, | § | |
| MARCOS COMACHO, PAUL A. DAVIS, | § | |
| RODNEY D. MOORE, and YESENIA | § | |
| SALAZAR, | § | |
| | § | |
| Defendants. | § | |

United States District Court
Southern District of Texas
ENTERED

NOV 06 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

### ORDER OF SEVERANCE

The Clerk shall sever Defendant MARCOS CAMACHO from this case. Defendant CAMACHO shall be assigned a new and distinct cause number. The Clerk shall then transfer the pleadings and entries pertaining to Defendant CAMACHO to the newly-created case file. Directv is hereby ORDERED to meet with the District Clerk's Office to ensure that certified copies of all necessary pleadings and entries are properly filed with the new cause of action.

IT IS SO ORDERED this 4th day of November, 2003.

Felix Recio
United States Magistrate Judge

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, CLERK
By
   Deputy Clerk