United States District Court
Southern District of Texas
FILED

FEB 2 6 2004

Michael N. Milby
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **DIRECTV, Inc.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **No. CIV. B-03-202** |
| **V.** | § | |
| | § | |
| **MARCOS CAMACHO** | § | |
| | § | |
| **Defendant.** | § | |

### MOTION TO DISMISS WITHOUT PREJUDICE

DIRECTV desires to dismiss its cause of action against Defendant **MARCOS CAMACHO**. Accordingly, DIRECTV requests that Plaintiff's claims against Defendant **MARCOS CAMACHO** be dismissed *without prejudice*.

WHEREFORE, DIRECTV requests that this motion be granted, that this lawsuit be dismissed *without prejudice* against **MARCOS CAMACHO** and that all costs and expenses, including attorneys' fees, be borne by the party incurring same.

Respectfully submitted,

RODRIGUEZ, COLVIN, CHANEY &
SAENZ, LLP

By: _____

**Lecia Chaney**
Attorney in Charge
Federal ID No. 16499
Texas State Bar No. 00785757
**Christopher E. Moore**
State Bar No. 24011075
Fed. I.D. #36611

1201 E. Van Buren St.
P.O. Box 2155
Brownsville, Texas 78522
Telephone: (956) 542-7441
Telefax    : (956) 541-2170

ATTORNEY IN CHARGE FOR PLAINTIFF,
DIRECTV, INC.

OF COUNSEL:

GREER, HERZ & ADAMS, LLP

**Joe A.C. Fulcher**
Federal ID No. 14126
St. Bar No. 07509320
**Kelly-Ann F. Clarke**
Federal ID No. 27195
St. Bar No. 24027929
**Robert A. Swofford**
Federal ID No. 19403
St. Bar No. 00791765
**Joseph R. Russo, Jr.**
Federal ID No. 22559
St. Bar No. 24002879
One Moody Plaza, 18th Floor
Galveston, Tx  77550
(409) 797-3200 (telephone)
(409) 766-6424 (telecopier)

## CERTIFICATE OF CONFERENCE

Defendant Marcos Camacho is not opposed to being dismissed from this lawsuit without prejudice.  Dated this 26th day of February, 2004.

Lecia L. Chaney

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record, to-wit:

**Richard J.W. Nunez**
144 E. Price Rd.
Brownsville, Tx  78521
Attorney for Defendant, Marcos Camacho

by certified mail, return receipt requested, facsimile transmission, and/or hand delivery pursuant to the Federal Rules of Civil Procedure on this the 26th day of February, 2004.

Lecia L. Chaney