5

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 0 4 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

DIRECTV, Inc.,

      Plaintiff,

V.

MARCOS CAMACHO

      Defendant.

§
§
§
§
§
§
§
§
§
§
§
§
§

No. CIV.   B-03-202

## ORDER GRANTING
## MOTION TO DISMISS WITHOUT PREJUDICE

CAME ON to be heard on this day DIRECTV's Motion to Dismiss without Prejudice, in which the Plaintiff requests that its claims against Defendant **MARCOS CAMACHO** be dismissed *without prejudice*. The Court, having considered the plaintiff's motion, is of the opinion that it should be granted.

IT IS THEREFORE ORDERED that Plaintiff's lawsuit against Defendant **MARCOS CAMACHO** is hereby dismissed *without prejudice*; and, IT IS FURTHER ORDERED that all costs and expenses, including attorneys' fees, are to be borne by the party incurring same.

Signed this ___ day of February, 2004 in Brownsville, Texas.

_____
JUDGE PRESIDING